UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:12-cv-00895-JDW-TGW

ROBERT and JAYLEEN GALLIHUGH,

    Plaintiffs,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC
and PORTFOLIO RECOVERY ASSOCIATES, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of the Middle District of Florida, Plaintiffs' Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiffs hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiffs request the Court to retain jurisdiction over this matter until fully resolved. Should Plaintiffs not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiffs request the Court dismiss this case with prejudice at that time.

    Respectfully submitted,
    **ROBERT and JAYLEEN GALLIHUGH**

    By: s/ Alex D. Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT this Notice was filed on this 28th day of February, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. R. Frank Springfield, fspringf@burr.com and Mr. Robert E. Sickles, rsickles@hinshawlaw.com.

By: s/ Alex D. Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com