# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ROBERT GALLIHUGH et al.,

     Plaintiffs,

v.                                                    Case No. 8:12-cv-00895-T-27TGW

PORTFOLIO RECOVERY ASSOCIATES,
LLC et al.,

     Defendants.

_____/

## ORDER

The Court has been advised by the Plaintiffs (Dkt. 29) that this case has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this case is DISMISSED without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown.* After that sixty (60) day period, however, dismissal shall be with prejudice. The Clerk is directed to CLOSE the file.

**DONE AND ORDERED** this ___1st___ day of March, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record

1